UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA OWENS and LARA ROGERS,

                Plaintiffs,

- against -

MICHAEL V. RONEMUS,

                Defendant.

**ORDER**

23 Civ. 3036 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this matter currently scheduled for October 19, 2023, is adjourned to **Thursday, November 2, 2023, at 11:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          October 16, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge