**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
EVA OWENS and LARA ROGERS,

                          Plaintiff,

          -against-                                                    23 **CIVIL** 3036 (PGG)

                                                                       **JUDGMENT**

MICHAEL B. RONEMUS,

                          Defendant.
------------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated June 24, 2024, Defendant's Rule 12(b)(2) motion to dismiss

(Dkt. No. 30) is granted. The letter motions (Dkt. Nos. 47, 49) are denied as moot; accordingly,

the case is closed.

**Dated:**  New York, New York

          June 25, 2024

                                                      **DANIEL ORTIZ**
                                          _____
                                              **Acting Clerk of Court**

                                   **BY:**        K. mango
                                          _____
                                               **Deputy Clerk**